# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  _____

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2021

JEFFREY P. COLWELL
                    CLERK

(To be supplied by the court)

__Angelo Martinez_____, Plaintiff

v.

__The Greeley Mall_____

__"Elevation Security"_____,

__Daniel Galvan_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Angelo Martinez #32767  2110 O st  greeley, Colorado  80631
(Name, prisoner identification number, and complete mailing address)

Angelo Joseph Martinez
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

____    Convicted and sentenced state prisoner

____    Convicted and sentenced federal prisoner

__X__    Other: (*Please explain*)  County Jail Inmate Awaiting D.O.C.

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  The Greeley Mall / Owner Greeley
(Name, job title, and complete mailing address)

2050  Greeley, Colorado  80634

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

Greeley Mall Security gaurds violated my civil Rights acting under The greeley mall Authority

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 2: __Elevation Security 2050. Greeley__
(Name, job title, and complete mailing address)

__Colorado, 80634 , Hired by greeley mall__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes __ No (*check one*). Briefly explain:

__The greeley Mall security acting under Greeley Mall's__
__Authority__

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: __Daniel GAlvan "Elevation security gourd"__
(Name, job title, and complete mailing address)

__2050 Greeley MAll - Greeley Colorado, 80634__
__Hired by Elevation security__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes __ No (*check one*). Briefly explain:

__Daniel gAlvan acting under Elavation security__
__Elevation acting under Greeley mall Authority__

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

____  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

____  Other: (*please identify*) _____

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Angelo Martinez_

Signature of Authorized Prison Official: _____

Date: _10/24/2021_

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: VIII Amendment excessive bail shall not be required nor, excessive fines imposede, nor cruel And unusaul punishment Inflicted

Supporting facts: I Angelo Martinez 1/23/81 was assaulted by "Greeley MAll" "security" on 2050 greeley, Colorado 80634 Oct 4 2019 "Elevation security" gaurd Daniel Galvan. chased me After. An altercation about 30 yards from the Altercation. I Asked the security gaurd to put the baton down. Even though he didn't Identify his self. He continued Hitting And kicking me while I was not conscious. violating my VIII Amendment excessive bail shall not be required, nor Excessive fines imposed, nor cruel And unusaul punishment Inflicted. Emmediele Hospitalization I received 5 stitches Above my left eye. Also my 14 Amendment Due process. becouse "my will was overtaken" police body cam showes me handcuffed, And bleeding from my left eyes caused by "Greeley MAll" Security "Elevation security". gaurd Daniel Galvan. I Also have Hosptal Records police body cam, footage. Greeley MAll camera footage that my criminal Lawyer has, placing Daniel Galvan Elevation security At the scene. Also Greeley police saved my life. stoping Greeley MAll Security from violating my civil Rights. more then they Already did. There is additiona pages Attached

4

D. STATEMENT OF CLAIMS

CLAIM THREE: V AMENDMENT

SUPPORTING FACTS: NO PEARSON SHALL BE HELD TO ANSWER FOR A CAPITAL OR OTHERWISE INFAMOUS CRIME UNLESS ON A PRESENTMENT OF A GRAND JURY. I ANGELO MARTINEZ 1/3/81. WAS ASSAULTED BY "GREELY MALL SECURITY" ON OCT 4, 2019 ON 2050 GREELY, COLORADO 80634 "ELEVATION SECURITY" GUARD "DANIEL GALVAN" CHASED ME AFTER ABOUT 30 YARDS FROM THE ORIGINAL ALTERCATION. I ASKED THE GREELY MALL SECURITY GUARD TO PUT THE BATON DOWN, EVEN AFTER HE REFUSED TO IDENTIFY HIMSELF. HE CONTINUED KICKING, AND HITTING ME WHILE I WAS KNOCKED UNCONSCIOUS VIOLATING MY XIV AMENDMENT DUE PROCESS. I RECIVED IMEDIATE HOSPITAL ATTENTION RECEVENG FIVE STITCHES ABOVE MY LEFT EYE. ALSO VIII AMEDMENT EXCESSIVE BAIL SHALL NOT BE REQUIRED, NOR EXCECSIVE FINES IMPOSED, NOR CRUEL AND UNUSUAL PUNISHMENT INFLICTED. AND MY I AMENDMENT. I ALSO HAVE VIDEO FOOTAGE, POLICE BODY CAM, HOSPITAL RECORDS, GREELY POLICE SAVED MY LIFE ALSO PREVENTED MALL SECURITY FROM VIOLATING ANY MORE OF MY CIVIL RIGHTS

"D. STATEMENT OF CLAIM (S)"

CLAIM TWO: XIV AMENDMENT DUE PROCESS

SUPPORTING FACTS: I ANGELO MARTINEZ 1/23/81 WAS ASSAULTED BY "GREELY MAII SECURITY" AT 2050 GREEIY, COLORADO 80634 ON OCT 4, 2019 BY AN ELEVATION SECURITY GUARD " DANIEL GAIVAN HE CHASED ME AFTER AN AITERCATION FOR 30 YARDS. I THEN ASKED THAT SECURITY GUARD TO PUT THE BATON HE HAD DOWN EVEN THOUGH HE HADN'T IDENTIFIED HIMSELF. HE CONTINUED HITTING, AND KICKING ME WHILE I WAS UNCONSCIOUS VIOLATING MY XIV AMENDMENT DUE PROCESS, I RECEIVED IMEDIATE HOSPETILEZ-ATION. RECEIVING FIVE STITCHES ABOVE MY LEFT EYE. ALSO VIII AMENDMENT EXCESIVE BAIL SHAII NOT BE REQUIRED NOR EXCES-SIVE FINES IMPOSSED, CRUEL AND UNUSUAL PUNISHMENT INFLICTED AND MY V AMENDMENT. I AISO HAVE VIDEO FOOTAGE, HOSPITAI RECORDS, AND POLICE BODY CAM FOOTAGE, GREEIY POLICE SAVED MY LIFE· AND STOPED "DANIEL GAIVAN" FROM FURTHER ASSAUITING ME NHILE UNCONSCIOUS.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __X__ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): the Greeley Mail the et al

Docket number and court: 21-cv-01283 A-105

Claims raised: 14 Amendment, 8 Amendment, 5 Amendments

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) dismissed, no relief granted.

Reasons for dismissal, if dismissed: moot.

Result on appeal, if appealed:

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes __X__ No (*check one*)

Did you exhaust administrative remedies?

__X__ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I ANGEIO MARTINEZH WANT TO SUE AII DEFENDENTS IN THE AMOUNT OF $1,000,000 FOR PUNITIVE DAMAGES AND COPENSATORY DAMAGES FOR PAIN AND SUFFERING AND LIFE LONG MENTAI AND PHYSICAI SCARS. (ABOVE MY LEFT EYE) I'M ASKING THE COURTS TO FAIRIY GRANT MY RELIEF. I'M WISHING TO SETTIE AS FAST AS POSSIBIE. AND TO GET PASSED THIS DIFFICULT PART OF MY LIFE.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Angelo Martinez   #32767
(Plaintiff's signature)

10-25-21
(Date)

. (Form Revised December 2017)

6

Inmate Name Angelo Michael #39767

Weld County Jail
00 O Street
ey, CO  80631

LEGAL

US District court
Alfred A. Areaj
901 19 th
Denver, colorado 80294



U.S. POSTAGE >> PITNEY BOWES

ZIP 80631
02 4W
0000335769

$ 000.93°
OCT 26 2021